# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOUTH YORKSHIRE PENSIONS AUTHORITY, | § § § § | |
| Plaintiff, | § § | CASE NO. 4:12-cv-02362 |
| v. | § § | |
| BP P.L.C., BP AMERICA INC., BP EXPLORATION & PRODUCTION INC., ANTHONY B. HAYWOOD and DOUGLAS SUTTLES | § § § § § § | JURY DEMANDED |
| Defendants. | | |

### INDEX OF DOCUMENTS BEING FILED WITH NOTICE OF REMOVAL

Civil Cover Sheet

List of Counsel of Record

| Exhibits to the Notice of Removal | Exhibit |
|---|---|
| Plaintiff's Original Petition | A |
| Civil Case Information Sheet | B |
| Civil Process Pick-Up Form | C |
| Harris County Docket Sheet | D |
| Rule 11 Agreement dated 8-2-12 | E |
| Notice of Removal in State Court | F |