# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SOUTH YORKSHIRE PENSIONS AUTHORITY, | Case No.: 4:12-CV-2362 |
| GAM FUND MANAGEMENT LTD, ET AL., | Case No.: 4:12-CV-2596 |
| ELECTRICITY PENSIONS TRUSTEE LTD., | Case No.: 4:12-CV-2854 |
| HADRIAN TRUSTEES LTD IN ITS CAPACITY AS TRUSTEE OF SHIPBUILDING INDUS. PENSION SCHEME, | Case No.: 4:12-CV-3038 |
| Plaintiffs, | |
| v. | |
| BP P.L.C., ET AL., | |
| Defendants | |

## STIPULATION AND CONSOLIDATION ORDER

WHEREAS, Plaintiffs believe that there are common questions of law and fact between the four actions identified above (the "Actions"), and the interests of fair and efficient administration of the Actions and the avoidance of unnecessary duplicative efforts warrant the consolidation of the Actions; and

WHEREAS, Defendants do not oppose Plaintiffs' request for consolidation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, subject to the Court's approval:

1. The provisions of the Stipulations entered in the Actions regarding the schedule for filing and responding to amended complaints are rendered moot, and the Plaintiffs

{00062602;1}

need not file individual amended complaints and Defendants need not respond to the individual amended complaints contemplated by the Stipulations;

    2.    Plaintiffs shall have 90 days from the filing of the Hadrian Trustees Ltd. complaint to file a consolidated complaint;

    3.    Defendants shall have 60 days from the filing of the consolidated complaint to answer, move to dismiss or otherwise respond to the consolidated complaint. If Defendants move to dismiss the consolidated complaint, Plaintiffs' opposition to that motion shall be due within 60 days of the filing of the motion and Defendants' reply in further support of the motion shall be due within 40 days of the filing of Plaintiffs' opposition.

Dated: October 24, 2012

STIPULATED AND AGREED:

*/s/ Sammy Ford IV*
Sammy Ford IV
ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & FRIEND
800 Commerce Street
Houston, Texas 77002
Tel: (713) 222-7211
Fax: (713) 225-0827

Marc I. Gross
Jeremy A. Lieberman
Jason Cowart
Cheryl D. Hamer
Matthew L. Tuccillo
Emma Gilmore
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM &
GROSS LLP
600 Third Avenue
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665

*/s/ Thomas W. Taylor*
Thomas W. Taylor
S.D. Bar No. 3906
Texas State Bar No. 19723875
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Tel: (713) 220-4200
Fax: (713) 220-4285
Email: ttaylor@andrewskurth.com

Daryl A. Libow
Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
Fax: (202) 956-6330
Email: libowd@sullcrom.com
       davidoffa@sullcrom.com

{00062602;1}

Patrick V. Dahlstrom
Joshua B. Silverman
Leigh Smollar Handelman
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM &
GROSS LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-8300
Fax: (312) 377-1184

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Richard C. Pepperman, II (pro hac vice)
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 291-9113
Email: peppermanr@sullcrom.com
         deleeuwm@sullcrom.com

*Attorneys for Defendants*

Signed: October 30, 2012

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

{00062602;1}