# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| SOUTH YORKSHIRE PENSIONS AUTHORITY, | C.A. No.: 4:12-CV-2362 |
| GAM FUND MANAGEMENT LTD, ET AL., | C.A. No.: 4:12-CV-2596 |
| ELECTRICITY PENSIONS TRUSTEE LTD., | C.A. No.: 4:12-CV-2854 |
| HADRIAN TRUSTEES LTD IN ITS CAPACITY AS TRUSTEE OF SHIPBUILDING INDUS. PENSION SCHEME, | C.A. No.: 4:12-CV-3038 |
| Plaintiffs, | |
| v. | |
| BP P.L.C., ET AL., | |
| Defendants | |
| In re BP Securities Litigation | MDL 2185 C.A. No. 4:10-md-2185 |

## ORDER GRANTING DISMISSAL

**IT IS SO ORDERED** that all claims of GAM Fund Management Limited ("GAM") and Skandia Global Funds ("Skandia") are hereby dismissed from this cause of action

**SIGNED** at Houston, Texas, on this 8th day of March, 2013.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE